UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YETUNDA WRIGHT, individually and as the Successor in interest of TRAVEON JOHN AVILA, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00954 LJO  JLT<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE |

On September 28, 2011, the Court issued its scheduling order. (Doc. 12) At that time, the Court set the settlement conference on April 3, 2012. Id. at 5-6. In addition, the Court ordered confidential settlement conference statements to be lodged at least five court days before the conference. Id. at 6. Nevertheless, no party has complied.

**ORDER**

In light of the failure of any party to lodge a confidential settlement conference statement as required by the scheduling order, the Court **ORDERS**:

1. The settlement conference set on April 3, 2012 is **CONTINUED** to **April 18, 2012 at 1:30 p.m.**;

2. Consideration of settlement is a serious matter that requires preparation prior to the settlement conference. Therefore, **no later than April 2, 2012**, Plaintiff

1    SHALL submit to Defendant via fax or e-mail, a written itemization of damages
2    and a meaningful settlement demand which includes a brief explanation of why
3    such a settlement is appropriate;

4   3.   **No later than April 6, 2012**, Defendant SHALL respond, via fax or e-mail, with
5    an acceptance of the offer or with a meaningful counteroffer which includes a
6    brief explanation of why such a settlement is appropriate;

7   4.   If settlement is not achieved, each party SHALL attach copies of their settlement
8    offers to their confidential settlement conference statement, as described below in
9    the scheduling order (Doc. 12 at 6). The confidential settlement conference
10   statement SHALL be lodged at JLTOrderscaed.uscourts.gov **no later than April
11   11, 2012**.

12  5.   If either party does not believe that a settlement conference would be fruitful, that
13   party SHALL set forth the basis for this belief in their settlement conference
14   statement.

15  6.   Failure to comply with this order SHALL be grounds for imposition of sanctions.

16  IT IS SO ORDERED.

17  Dated:   **March 28, 2012**                    /s/ **Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE