DANIEL RODRIGUEZ, ESQ., SBN 96625
JOHN A. KAWAI, ESQ., SBN 260120
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA  93301
TELEPHONE (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiff YETUNDA WRIGHT,
individually and as the Successor in Interest
of TRAVEON JOHN AVILA, Deceased

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YETUNDA WRIGHT, individually and as the Successor in Interest of TRAVEON JOHN AVILA, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD, NOAH LANDERS, JAMIE AVILA as nominal defendant, and DOES 1 to 100, inclusive, <br><br> Defendants. | **Case No.: 1:11-cv-00954 LJO JLT** <br><br> **STIPULATION TO AMEND THE SCHEDULING ORDER; ORDER THEREON** |

///

///

# **STIPULATION**

Undersigned counsel for Plaintiff, YETUNDA WRIGHT, and undersigned counsel for Defendants, CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD, and NOAH LANDERS, all of the parties who have appeared and remain in this action, hereby stipulate and agree as follows:

WHEREAS:

The currently scheduled deadlines and dates in this action are as follows:

- Non-expert discovery cut-off: October 5, 2012
- Joint expert disclosure: October 12, 2012
- Joint rebuttal expert disclosure: November 2, 2012
- Expert discovery cut-off: November 16, 2012
- Nondispositive motion filing: November 16, 2012, to be heard no later than December 14, 2012
- Dispositive pre-trial motion filing: December 21, 2012, to be heard no later than February 5, 2013.

Undersigned counsel stipulate and agree that the Court should enter an Order amending the scheduling order in this case, such that:

a. All non-expert discovery shall be completed no later than November 16, 2012;

b. Joint expert disclosure, in the manner required by the scheduling order, shall occur no later than November 23, 2012;

c. Joint rebuttal expert disclosure, in the manner required by the scheduling order, shall occur no later than December 14, 2012;

d. All expert discovery shall be completed no later than January 4, 2013;

e. Any nondispositive motions shall be filed no later than January 4, 2013 and heard no later than February 1, 2013;

f. All dispositive pre-trial motions shall be filed no later than February 22, 2012 and heard no later than March 29, 2013.

The parties so stipulate because:

(a) Certain officer and percipient witness depositions remain to be taken in this case.  The defendants have been diligently attempting to serve some of the percipient witnesses but have thus far been unable to do so despite repeated efforts.

(b) The partner who had been handling this case for Defendants, Michael Lehman, left the employ of his firm on August 1, 2012.

(c) The partner who is assuming responsibility for this case on behalf of Defendants, Michael Marderosian, is scheduled to be in expert depositions every day of September 2012 in *Abarca v. Merck, et al.*, 1:07-cv-0388.  This case was originally before Judge Oliver Wanger but was transferred to the Central District before the Honorable David Carter.  The depositions through September 14 are scheduled to take place in San Francisco, California and the depositions for the rest of the month are scheduled to take place in Orange, California.  Experts for this case will be coming in from around the country, Canada, and Italy and need to be completed before October 3, 2012 and cannot be rescheduled.

(d) It is therefore impossible for the parties to conduct further depositions in this case before the current non-expert discovery cut-off date.

(e) The parties believe that this constitutes <u>exceptionally</u> good cause for an amendment of the scheduling order in this case, and believe that an additional forty-five (45) days will be sufficient to complete non-expert discovery.

(f) The new dates proposed by the parties will not, in any way, affect the trial date which is scheduled for July 22, 2013.

Date: August 31, 2012                                 RODRIGUEZ & ASSOCIATES

By:   /s/ John A. Kawai                    /
   DANIEL RODRIGUEZ
   JOHN A. KAWAI
   Attorneys for Plaintiff,
   YETUNDA WRIGHT

Date: August 31, 2012                                 MARDEROSIAN, RUNYON, CERCONE & LEHMAN

By:   /s/ Heather S. Cohen                /
   MICHAEL G. MARDEROSIAN
   HEATHER S. COHEN
   Attorneys for Defendants,
   CITY OF BAKERSFIELD,
   TIMOTHY BERCHTOLD, and
   NOAH LANDERS

# ORDER

The parties having stipulated, and exceptionally good cause appearing, the Court **ORDERS**:

1. The stipulation to amend the scheduling order is **GRANTED** as follows:
    a. All non-expert discovery SHALL be completed no later than November 16, 2012;
    b. Joint expert disclosure, in the manner required by the scheduling order, shall occur no later than November 23, 2012;
    c. Joint rebuttal expert disclosure, in the manner required by the scheduling order, shall occur no later than December 14, 2012;
    d. All expert discovery shall be completed no later than January 4, 2013;
    e. Any nondispositive motions shall be filed no later than January 4, 2013 and heard no later than February 1, 2013;
    f. All dispositive pre-trial motions shall be filed no later than February 22, 2012 and heard no later than April 11, 2013.

No other amendments to the scheduling order are authorized.  **No further modifications to the scheduling order will be permitted absent a showing of exceptionally good cause.**

IT IS SO ORDERED.

Dated:   **September 4, 2012**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE