1  DANIEL RODRIGUEZ, ESQ., SBN 96625
2  IVERSON MATTHEW JACKSON, ESQ., SBN 276541
   **RODRIGUEZ & ASSOCIATES**
3  **A PROFESSIONAL LAW CORPORATION**
4  2020 EYE STREET
   BAKERSFIELD, CA  93301
5  TELEPHONE (661) 323-1400   FAX (661) 323-0132

6
7  Attorneys for Plaintiff YETUNDA WRIGHT,
   individually and as the Successor in Interest of
8  TRAVEON JOHN AVILA, Deceased

9

10                    **UNITED STATES DISTRICT COURT**
11
                      **EASTERN DISTRICT OF CALIFORNIA**
12

13

14 | YETUNDA WRIGHT, individually and as | ) | **Case No.: 1:11-cv-00954 LJO JLT** |
15 | the Successor in Interest of TRAVEON JOHN AVILA, Deceased, | ) ) | |
16 | | ) | **STIPULATION TO AMEND THE** |
17 | Plaintiff, | ) ) | **SCHEDULING ORDER; ORDER THEREON** |
18 | vs. | ) ) | |
19 | | ) | |
20 | CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD, NOAH LANDERS, | ) ) | **SEE COURT REVISIONS IN BOLD BELOW** |
21 | JAMIE AVILA as nominal defendant, and DOES 1 to 100, inclusive, | ) ) | |
22 | | ) | |
23 | Defendants. | ) | |
24 | | ) ) | **Trial Date:  July 22, 2013** |

25

26

27 ///

28 ///

STIPULATION TO AMEND SCHEDULING ORDER
- 1 -

# **STIPULATION**

Undersigned counsel for Plaintiff, YETUNDA WRIGHT, and undersigned counsel for Defendants, CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD, and NOAH LANDERS, all of the parties who have appeared and remain in this action, hereby stipulate and agree as follows:

WHEREAS:

The currently scheduled deadlines and dates in this action are as follows:
- Non-expert discovery cut-off: November 16, 2012
- Joint expert disclosure: November 23, 2012
- Joint rebuttal expert disclosure: December 14, 2012
- Expert discovery cut-off: January 4, 2013
- Nondispositive motion filing: January 4, 2013, to be heard no later than February 1, 2013
- Dispositive pre-trial motion filing: February 22, 2013, to be heard no later than March 29, 2013
- Trial date: July 22, 2013

Undersigned counsel stipulate and agree that the Court should enter an Order amending the scheduling order in this case, such that:

    a. All non-expert discovery shall be completed no later than April 30, 2013;
    b. Joint expert disclosure, in the manner required by the scheduling order, shall occur no later than May 7, 2013;
    c. Joint rebuttal expert disclosure, in the manner required by the scheduling order, shall occur no later than May 28, 2013;

    d. All expert discovery shall be completed no later than June 21, 2013;

    e. Any nondispositive motions shall be filed no later than June 21, 2013 and heard no later than July 19, 2013;

    f. All dispositive pre-trial motions shall be filed no later than August 9, 2013 and heard no later than September 13, 2013;

    g. Trial shall be set on January 27, 2014.

The parties so stipulate because:

(a) Certain officer and percipient witness depositions remain to be taken in this case. Plaintiff and the Defendants have been diligently attempting to schedule these depositions, but have faced scheduling difficulties and conflicts.

(b) The partner who had been handling this case for Defendants, Michael Lehman, left the employ of the firm on August 1, 2012. The partner who assumed responsibility for this case on behalf of Defendants, Michael Marderosian, began expert depositions in *Abarca v. Merck, et al.*, 1:07-cv-0388 which took place every day from August 21, 2012 through October 3, 2012. Mr. Marderosian was then scheduled to commence another trial *Kaye v. Upton*, in Fresno Superior Court on October 15, 2012. Mr. Marderosian is scheduled to start trial on November 5, 2012 in *Harb v. City of Bakersfield et. al*, in Kern County Superior Court, that will last one to two months and has a second case, *Slaughter v. City of Bakersfield, et. al.,* scheduled to commence after the completion of *Harb*. As such, it is likely that depositions of the key parties in this case will not take place until after December 2012.

(c) On October 8, 2012 and October 16, 2012, Defendants provided Plaintiff with extensive and voluminous discovery responses. Plaintiff needs time to thoroughly review the discovery response materials and determine what

additional discovery will be needed with regard to witness depositions or if further written discovery will be necessary.

(d) It is therefore impossible for the parties to conduct further depositions and necessary discovery in this case before the current non-expert discovery cut-off date of November 16, 2012.

(e) The parties believe that this constitutes <u>exceptionally</u> good cause for an amendment of the scheduling order in this case, and believe that an additional one hundred sixty-five (165) days will be sufficient to complete non-expert discovery.

(f) The parties further stipulate to amend the trial date in accord with the other stipulated deadlines, changing the currently scheduled trial date of July 22, 2013 to January 27, 2014.

Date: October 31, 2012			RODRIGUEZ & ASSOCIATES


					By:   /s/ Iverson Matthew Jackson         /
						DANIEL RODRIGUEZ
						IVERSON MATTHEW JACKSON
						Attorneys for Plaintiff,
						YETUNDA WRIGHT


Date: October 31, 2012			MARDEROSIAN, RUNYON, CERCONE
					& LEHMAN


					By:   /s/ Heather S. Cohen               /
						MICHAEL G. MARDEROSIAN
						HEATHER S. COHEN
						Attorneys for Defendants,
						CITY OF BAKERSFIELD,
						TIMOTHY BERCHTOLD, and
						NOAH LANDERS

# ORDER

The parties having stipulated, and exceptionally good cause appearing, the Court **ORDERS**:

1. The stipulation to amend the scheduling order is **GRANTED** as follows:
    a. All non-expert discovery SHALL be completed no later than April 30, 2013;
    b. Joint expert disclosure, in the manner required by the scheduling order, shall occur no later than May 7, 2013;
    c. Joint rebuttal expert disclosure, in the manner required by the scheduling order, shall occur no later than May 28, 2013;
    d. All expert discovery shall be completed no later than June 21, 2013;
    e. Any nondispositive motions shall be filed no later than June 21, 2013 and heard no later than July 19, 2013;
    f. All dispositive pre-trial motions shall be filed no later than August 9, 2013 and heard no later than September 13, 2013;
    g. **The pretrial conference will on December 16, 2013 at 8:30 a.m. in Dept. 4 (LJO); and**
    h. Trial shall begin on **January 28, 2014 at 8:30 a.m. in Dept. 4 (LJO)**.
2. No other amendments to the scheduling order are authorized. **No further modifications to the scheduling order will be permitted absent a showing of exceptionally good cause.**

IT IS SO ORDERED.

Dated:   **November 5, 2012**          /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE