1  Michael G. Marderosian, No. 77296
2  Heather S. Cohen, No. 263093
3  MARDEROSIAN, RUNYON, CERCONE & COHEN
   1260 Fulton Mall
4  Fresno, CA 93721
5  Telephone:  (559) 441-7991
   Facsimile:  (559) 441-8170
6
7  Virginia Gennaro, No. 138877
   City Attorney
8  CITY OF BAKERSFIELD
9  1501 Truxtun Avenue
   Bakersfield, CA 93301
10 Telephone:  (661) 326-3721
11 Facsimile:  (661) 852-2020
12
   Attorneys for:    Defendants CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD,
13                   and NOAH LANDERS
14
                    UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17 | YETUNDA WRIGHT, individually and as | ) | Case No. 1:11-CV-00954-LJO-JLT |
|---|---|---|
18 | the Successor in Interest of TRAVEON | ) | |
19 | JOHN AVILA, Deceased, | ) | **STIPULATION OF DISMISSAL** |
   | | ) | **AND [PROPOSED] ORDER** |
20 | Plaintiff, | ) | |
21 | | ) | |
   | vs. | ) | |
22 | | ) | |
23 | CITY OF BAKERSFIELD, TIMOTHY | ) | |
   | BERCHTOLD, NOAH LANDERS, | ) | |
24 | JAMIE AVILA, as nominal defendant, and | ) | |
25 | DOES 1-100, inclusive, | ) | |
26 | | ) | |
   | Defendants. | ) | |
27 | | ) | |

28

1

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice.

Dated: September 27, 2013.        MARDEROSIAN, RUNYON
                                  CERCONE & COHEN


                                  By:   /s/ Michael G. Marderosian
                                        Michael G. Marderosian,
                                        Attorneys for Defendants
                                        above-named.


Dated: September 16, 2013.        RODRIGUEZ & ASSOCIATES


                                  By:   /s/ John A. Kawai
                                        John A. Kawai,
                                        Attorneys for Plaintiff


## ORDER

The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice. The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:   **September 27, 2013**           **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE