1  Michael G. Marderosian, No. 77296
2  Heather S. Cohen, No. 263093
3  MARDEROSIAN, RUNYON, CERCONE & COHEN
   1260 Fulton Mall
4  Fresno, CA 93721
5  Telephone: (559) 441-7991
   Facsimile: (559) 441-8170
6
7  Virginia Gennaro, No. 138877
   City Attorney
8  CITY OF BAKERSFIELD
9  1501 Truxtun Avenue
   Bakersfield, CA 93301
10 Telephone: (661) 326-3721
11 Facsimile: (661) 852-2020
12
   Attorneys for:   Defendants CITY OF BAKERSFIELD, TIMOTHY BERCHTOLD,
13                  and NOAH LANDERS
14
15                     UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
16

17 YETUNDA WRIGHT, individually and as ) Case No. 1:11-CV-00954-LJO-JLT
18 the Successor in Interest of TRAVEON )
   JOHN AVILA, Deceased,                ) **STIPULATION OF DISMISSAL**
19                                      ) **AND [PROPOSED] ORDER**
20         Plaintiff,                   )
                                        )
21                                      )
       vs.                              )
22                                      )
23 CITY OF BAKERSFIELD, TIMOTHY         )
   BERCHTOLD, NOAH LANDERS,             )
24 JAMIE AVILA, as nominal defendant, and )
25 DOES 1-100, inclusive,               )
                                        )
26         Defendants.                  )
27 _____)
28

1

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice.

Dated: September 27, 2013.                MARDEROSIAN, RUNYON CERCONE & COHEN


By:   /s/ Michael G. Marderosian
      Michael G. Marderosian,
      Attorneys for Defendants
      above-named.


Dated: September 16, 2013.                RODRIGUEZ & ASSOCIATES


By:   /s/ John A. Kawai
      John A. Kawai,
      Attorneys for Plaintiff


## ORDER

The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice.  The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:   **September 27, 2013**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE